■   In the Matter of SARA MORHAIM, Respondent, v ISAAC MORHAIM, Appellant.—In a support proceeding pursuant to article 4 of the Family Court Act, the appeal is from an order of the Family Court, Queens County, dated December 15, 1977, which denied appellant's motion for a protective order. Appeal dismissed, without costs or disbursements. Section 1112 of the Family Court Act provides that an appeal "may be taken as of right from any order of disposition and, in the discretion of the appropriate appellate division, from any other order under" the Family Court Act (see *Matter of Taylor v Taylor,* 23 AD2d 747). An order denying a motion for a protective order is not an order of disposition within the meaning of that section (see *Bohen v Auerbach,* 51 AD2d 542) and, accordingly, this appeal does not lie as of right. As no application for permission to appeal has been made, the appeal is not properly before this court (see *Firestone v Firestone,* 44 AD2d 671). Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.

■   In the Matter of the Arbitration between P. J. CARLIN CONSTRUCTION COMPANY, Appellant and COUNTY OF ROCKLAND, Respondent.—In a proceeding to stay arbitration, petitioner appeals from a judgment of the Supreme Court, Rockland County, entered October 27, 1976, which denied the application. Judgment reversed, on the law, without costs or disbursements, and application granted. The contract between the parties clearly indicates that no demand for arbitration could be made after the date of final payment on the project. The county does not contend that full payment has not been made; nor does it contend that the demand for arbitration was made prior to such payment. The plain meaning of the contract gives no support to the contention that paragraph 32 thereof effects an extension of the otherwise applicable limitations period. Latham, J. P., Damiani, Shapiro and Margett, JJ., concur.

■   In the Matter of the Arbitration between WOODWARD MENTAL HEALTH CENTER, INC., Appellant, and WOODWARD FACULTY ASSOCIATION, Respondent. (Index No. 21454/76.)—Judgment of the Supreme Court, Nassau County, entered December 13, 1976, affirmed, without costs or disbursements (see *Board of Educ. v Bellmore-Merrick United Secondary Teachers,* 39 NY2d 167; *Matter of Cohoes City School Dist. v Cohoes Teachers Assn.,* 40 NY2d 774). Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.